IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS ROHLOFF,<br>    Individually and on Behalf of<br>    all Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LUKE, JOHNSON & LEWIS LLC, and<br>WESTERN SURETY COMPANY<br>    Defendants. | CASE NO.: 4:15-cv-156 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE IS HEREBY GIVEN that all claims pending against Defendants, Luke Johnson & Lewis LLC and Western Surety Company, have been resolved to the parties' satisfaction. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement and dismiss the case with prejudice at that time should there be no further activity from either party.

                                                Respectfully submitted,

                                                THE WOOD FIRM, PLLC

                                                /s/ Jeffrey D. Wood_____
                                                Jeffrey D. Wood, Esq.
                                                ArkBN: 2006164
                                                103 N. Goliad, Suite 204
                                                Rockwall, TX  75087
                                                TEL:  682-651-7599
                                                FAX:  888-598-9022
                                                EMAIL:  jeff@mmlaw.pro

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, a true and correct copy of this document has been forwarded by to all counsel of record via the court's CM/ECF system.

/s/ Jeffrey D. Wood
Jeffrey D. Wood